

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00312-CV

| | | |
|---|---|---|
| SCC Partners, Inc. d/b/a Senior Care Health and Rehabilitation Center - Bridgeport; and Foursquare Healthcare, Ltd. f/k/a SCC Healthcare Group | § | From the 271st District Court |
| | § | of Wise County (CV14-04-225) |
| v. | § | June 2, 2016 |
| Billy Robert Ince, Individually and as a Representative of the Estate of Norecca "Joy" Ince, Deceased | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that appellants SCC Partners, Inc. d/b/a Senior Care Health and Rehabilitation Center - Bridgeport; and Foursquare Healthcare, Ltd. f/k/a SCC Healthcare Group shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Terrie Livingston_____
     Chief Justice Terrie Livingston